REPUBLIC METALWARE COMPANY, Appellant, v. GENERAL REINSURANCE CORPORATION, Respondent.— Order of June 26, 1935, amended so as to provide for affirmance of the judgment in so far as it dismisses cause of action No. 2, and for reversal of the other portions of the judgment appealed from, and for direction

of judgment for the plaintiff. Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ. [See 245 App. Div. 232.]